UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00353-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SHANNON MARIE HUNTER,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, October 9, 2009,** and responses to these motions shall be filed by **Tuesday, October 20, 2009.**  It is

FURTHER ORDERED that a 3-day jury trial is set to commence **Monday, November 16, 2009, at 9:00 a.m.** in courtroom A-1002.  It is

FURTHER ORDERED that the parties shall contact my Chambers at (303) 844-2170 to set a hearing on pending motions or final trial preparation conference, if necessary.

Dated this 15th day of September, 2009.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge